NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

JERRY R. SPARKS, ESQ. (SBN 166292)
SPARKS LAW FIRM, A Professional Corporation
650 Town Center Drive, Suite 1200
Costa Mesa, CA 92626
Telephone: (714) 546-4300
Facsimile: (714) 546-5430

ATTORNEY(S) FOR: Plaintiffs

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FARZIN MORENA, and invididual, and CYRA MORENA, an individual<br><br>Plaintiff(s),<br>v.<br><br>BANK OF AMERICA, N.A., et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>SACV 16:-00239-DOC-JCGx<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _____Plaintiffs FARZIN MORENA and CYRA MORENA_____
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| FARZIN MORENA | Plaintiff |
| CYRA MORENA | Plaintiff |
| BANK OF AMERICA, N.A. | Defendant |
| MERRILL LYNCH, FENNER & SMITH INCORPORATED | Defendant |

March 31, 2016
Date

Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff FARZIN MORENA and CYRA MORENA